UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRAIG ARUTHUR CONTI, | CASE NO. C24-1980 BHS |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge David w. Christel's Report and Recommendation (R&R), Dkt. 7, recommending the Court dismiss pro se plaintiff Craig Conti's November 20, 2024, § 2241 habeas petition without prejudice for failure to prosecute. Conti filed an incomplete application to proceed in forma pauperis, Dkt. 1, and the Clerk's letter explaining the deficiencies was returned as undeliverable at the end of December. Dkts. 3, 4, 5, 6.

Conti has not updated his address, has not corrected the deficiencies, and has not objected to the R&R. The R&R is not contrary to laws or clearly erroneous, Federal R. Civ. P. 72, and it is **ADOPTED**.

//

ORDER - 1

1  This matter is **DISMISSED** without prejudice. The Clerk shall close the case.

2  **IT IS SO ORDERED**.

3  Dated this 31st day of March, 2025.

BENJAMIN H. SETTLE
United States District Judge